Kenneth M. Jones (SBN: 140358)
kenneth_jones@gshllp.com
Cynthia L. Sands (SBN: 194999)
cynthia_sands@gshllp.com
GONZALEZ SAGGIO & HARLAN LLP
3699 Wilshire Boulevard, Suite 890
Los Angeles, California 90010
(213) 487-1400-Telephone
(213) 487-1402-Facsimile

Attorneys for Defendant Shell Pipeline Company L.P.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CALDERON, an individual, | CASE NO.: CV10-4896-R (PJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SHELL OIL COMPANY; SHELL PIPELINE COMPANY, LP; and DOES 1 through 10, inclusive, | |
| Defendants. | |

///

///

///

///

This action came on for hearing before the Court, on May 9, 2011, the Honorable Manuel L. Real, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff David Calderon, take nothing, that the action be dismissed on the merits and that Defendant Shell Pipeline Company L.P. recover its costs.

Dated: July 11, 2011

Manuel L. Real
United States District Judge