**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CALDERON, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>SHELL OIL COMPANY; SHELL PIPELINE COMPANY, LP; and DOES 1 through 10, inclusive,<br><br>         Defendants.<br>_____ | Case No.  2:10-cv-04896-PJW<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# ORDER

Having reviewed and considered the Joint Stipulation of Dismissal of Entire Action with Prejudice submitted by Plaintiff David Calderon ("Plaintiff") and Defendant Shell Pipeline Company LP ("Defendant") (collectively, the "Parties"):

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, with the parties each bearing their own respective attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

DATED: May 11, 2015

_____
The Hon. Patrick J. Walsh,
United States Magistrate Judge